1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LUIS PADILLA,                          Case No. 2:20-cv-01966-KJM-DB

12                    Plaintiff,             ORDER (1) SETTING SETTLEMENT
                                             CONFERENCE, (2) REQUIRING PERSONAL
13         v.                                ATTENDANCE BY CERTAIN
                                             INDIVIDUALS, (3) REQUIRING
14    CITY OF FAIRFIELD, ET AL.,             SETTLEMENT CONFERENCE
                                             STATEMENT MEETING CERTAIN
15                    Defendant.             PARAMETERS, AND (4) SCHEDULING
                                             PRE-CONFERENCE DISCUSSION
16

17
          Magistrate Judge Jeremy D. Peterson will hold a settlement conference by Zoom on June
18
   16, 2021, at 10:00 a.m.  The Zoom settlement conference invitation will be distributed the week
19
   prior.  The court expects that the parties will proceed with the settlement conference in good faith
20
   and attempt to resolve all or part of the case.  If any party believes that the settlement conference
21
   will not be productive, that party shall so inform the court as far in advance of the settlement
22
   conference as possible.  Unless otherwise specifically authorized by the court in advance of the
23
   settlement conference, the following individuals must participate in the settlement conference:
24
   (1) all of the attorney(s) who will try the case; (2) the parties; and (3) individuals with full
25
   authority to negotiate and settle the case, on any terms.
26
          No later than June 2, 2021, each party must submit to Judge Peterson's chambers at
27
   jdporders@caed.uscourts.gov a confidential settlement conference statement.  These statements
28

should neither be filed on the docket nor served on any other party.  The statements should be marked "CONFIDENTIAL" and should state the date and time of the conference.  While brevity is appreciated, each statement must include:

(1) a brief recitation of the facts;

(2) a discussion of the strengths and weaknesses of the case, from your party's perspective;

(3) an itemized estimate of your party's expected costs for further discovery, pretrial, and trial matters, in specific dollar terms;

(4) your best estimate of the probability that plaintiff will obtain a finding of liability should this case proceed to trial, in percentage terms;

(5) should this case proceed to trial and defendant be found liable, please provide the following, in specific dollar terms:

(a) a realistic high-end recovery estimate (*i.e.*, realistic best- or worst-case scenario)

(b) a realistic low-end recovery estimate (*i.e.*, realistic worst- or best-case scenario), and

(c) a best estimate of the most likely outcome;

(6) a history of settlement discussions, including:

(a) a statement of your expectations for settlement discussions;

(b) a listing of any past and present settlement offers from any party (including all terms);

(c) whether your party would consider making the opening offer or demand, and what that offer might be[1];

(7) a list of the individuals who will be participating in the settlement conference on your party's behalf, including each participant's name and, if appropriate, title; and

(8) identification of any related cases or of any other cases that the parties might wish to

---

[1] Please note that Judge Peterson will consider this response, among others, in evaluating whether proceeding with a settlement conference appears worthwhile.

discuss at this settlement conference;

(9) a completed worksheet (blank version attached) highlighting your responses to certain of the above questions.

Judge Peterson will hold a short, pre-settlement conference telephone discussion on June 9, 2021 at 2:00 p.m. (dial-in number: 1-888-557-8511; passcode: 1273468).  Only the lead attorney from each side[2] should participate.  At Judge Peterson's discretion, the joint telephonic discussion may be followed by private telephonic discussions between the judge and each party.

IT IS SO ORDERED.

Dated:  February 24, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

_____
[2] The court expects that the attorneys participating in the telephone discussion will also participate in the settlement conference.

# Pre-Settlement Worksheet

|  | *Please fill in each value below* |
|---|---|
| *Additional cost to your party expected for . . . discovery* | $ |
| *. . . pretrial* | $ |
| *. . . trial* | $ |
| *Estimated probability of liability finding* | % |
| *Realistic high-end estimate of recovery by P* | $ |
| *Realistic low-end estimate of recovery by P* | $ |
| *Best estimate of recovery by P* | $ |
| *Last offer/demand (if any) previously made by your party* | $ |
| *Last offer/demand (if any) previously made by opposing party* | $ |
| *Proposed next offer/demand by your party* | $ |