POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140, Oakland, CA 94612
Tel: (510) 929 - 5400

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS PADILLA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, a municipal corporation; NICHOLAS AMAVISCA, in his individual capacity as a police officer for the FAIRFIELD POLICE DEPARTMENT; and DOES 1-50, inclusive.<br><br>Defendants. | Case No.: 2:20-CV-01966-KJM-DB<br><br>**STIPULATION AND ORDER TO MOVE DEADLINE TO FILE AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, on September 30, 2020, Plaintiff filed their Complaint. (Doc. 1).

WHEREAS, on October 05, 2020, Defendants were served. (Doc. 4).

WHEREAS, on October 26, 2020, Defendants filed their Answer. (Doc. 5).

WHEREAS, on February 11, 2021, the Court issued the case schedule. (Doc. 8).

WHEREAS, the current deadline for plaintiff to amend complaint is May 25, 2021.

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
1901 Harrison St., Ste. 1140, Oakland, CA 94612
Tel: (510) 929 - 5400

WHEREAS, parties exchanged Initial Disclosures by the deadline of February 25, 2021.

WHEREAS, Plaintiff reviewed the information provided by Defendants and it was insufficient to clearly determine which additional officers would be necessary parties to the case.

WHEREAS, Plaintiff would require further information and time to depose officers to determine which officers should be properly named as additional defendants.

WHEREAS, the parties met and conferred and agreed to extend the deadline to amend complaint to August 25, 202 whereby allowing time to determine which officers are necessary parties.

WHEREAS, parties agree that the change in deadline is with good cause, allowing the complaint to be amended with the correct necessary parties and avoid having to remove unnecessary parties or filing motions that will waste the court's resources and increase the expenses of litigation.

IT IS SO AGREED.

Dated: June 8, 21  POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE

    /s/ Patrick M. Buelna
PATRICK M. BUELNA
Attorney for PLAINTIFF

Dated: June 8, 21  ALLEN, GLAESSNER, HAZELWOOLD & WERTH, LLP

    /s/Kevin P Allen  (as authorized on 05/26/2021)
KEVIN P. ALLEN
Attorney for Defendants CITY OF FAIRFIELD and NICHOLAS AMAVISCA

## ORDER

The court has reviewed the parties' stipulation to extend the deadline for plaintiff to file his amended complaint. The current deadline for plaintiff to amend complaint is May 25, 2021. Good cause appearing, the court extends the deadline to amend the complaint up to and including August 25, 2021, whereby allowing time to determine which officers are necessary parties.

IT IS SO ORDERED. This order resolves ECF No. 13.

DATED: June 8, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE