PATRICK BUELNA, State Bar No. 317043
pbuelna@lawyersftp.com
ADANTE POINTER, State Bar No. 232229
apointer@lawyersftp.com
POINTER & BUELNA, LLP
1901 Harrison St., Suite 1140
Oakland, CA, 94612
Telephone:    (510) 929-5400

Attorneys for
LUIS PADILLA


KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045

Attorneys for
CITY OF FAIRFIELD
and NICHOLAS AMAVISCA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| LUIS PADILLA,<br><br>                Plaintiff,<br><br>        v.<br><br>CITY OF FAIRFIELD, a municipal corporate; NICHOLAS AMAVISCA, in his individual capacity as a police officer for the Fairfield Police Department; and DOES 1-50. inclusive.<br><br>                Defendants. | Case No. 2:20-CV-01966-KJM-DB<br><br>**STATUS REPORT REGARDING SETTLEMENT** |

///

///

///

///

The parties to the above-entitled action jointly submit this further Status Report regarding Settlement. This is an update from the Report previously filed on January 4, 2022 (Dkt. No. 20).

The parties now have the final lien letter from Medi-Cal, and the Release and Settlement Agreement was executed on January 27, 2022. Dispositional document(s) will be filed no later than February 28, 2022.

Respectfully submitted,

DATED: January 27, 2022      POINTER & BUELNA, LLP

By:  */s/ Patrick M. Buelna*
  PATRICK M. BUELNA
  ADANTE D. POINTER
  Attorneys for Plaintiff
  Luis Padilla

Dated:  January 27, 2022      ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

By:  */s/ Kevin P. Allen*
  KEVIN P. ALLEN
  JOHN B. ROBINSON
  Attorneys for Defendants
  City of Fairfield
  and Nicholas Amavisca

## **ORDER**

Good cause appearing, it is hereby ordered that the parties shall file dispositional documents no later than by February 28, 2022.

**IT IS SO ORDERED.**

February 1, 2022
DATE

CHIEF UNITED STATES DISTRICT JUDGE